■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYREEN BROWN, Appellant. [33 NYS3d 740]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Del Giudice, J.), imposed May 27, 2014, upon his conviction of manslaughter in the first degree, upon a jury verdict, after remittitur from this Court for resentencing (*see People v Brown*, 113 AD3d 785, 786 [2014]), the resentence being a determinate term of imprisonment of 25 years plus five years of postrelease supervision as a first-time felony offender.

Ordered that the resentence is modified, as a matter of discretion in the interest of justice, by reducing the determinate term of imprisonment from 25 years to 20 years; as so modified, the judgment is affirmed.

The resentence was excessive to the extent indicated herein (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Cohen, Maltese and LaSalle, JJ., concur.